UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT A. GAMBOA,

       Petitioner,

    v.

UNITED STATES OF AMERICA,

       Respondent.

Case No. C05-5465FDB

ORDER SETTING BRIEFING
SCHEDULE

      Petitioner moves pursuant to 28 U.S.C. § 2255 to vacate or set aside his sentence in Cause

No. CR93-2090JET.  NOW, THEREFORE,

      IT IS ORDERED:

      1.     Respondent's Answer is due no later than Friday, November 4, 2005;

      2.     Petitioner's Reply is due no later than Friday, December 2, 2005.

      DATED this 6th day of October, 2005.

                        _____
                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE

ORDER - 1