UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT GAMBOA,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C05-5465FDB

ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

    Petitioner seeks reconsideration of this Court's denial of his Section 2255 motion. Petitioner again asserts his arguments in this matter, but the Court is not persuaded to grant the motion.

    ACCORDINGLY, IT IS ORDERED: Petitioner's Motion for Reconsideration is DENIED.

    DATED this 17th day of February, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1